IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES J. CARTER,                      )
                                      )
         Plaintiff,                   )
                                      )
    v.                                )    1:13cv613
                                      )
ARCHDALE POLICE DEPARTMENT,           )
DAVID JONES, CITY OF ARCHDALE,        )
GARLAND YATES, and RANDOLPH           )
COUNTY DISTRICT ATTORNEY'S            )
OFFICE                                )
                                      )
         Defendants.                  )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 22, 2013, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Emergency Stay and Injunction (Doc. 6) is DENIED.

                                        /s/   Thomas D. Schroeder
                                    United States District Judge

September 10, 2013