IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES J. CARTER,                    )
                                    )
            Plaintiff,              )
                                    )
     v.                             )          1:13CV613
                                    )
ARCHDALE POLICE DEPARTMENT,         )
et al.,                             )
                                    )
            Defendant(s).           )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 1, 2014, was served on the parties in this action.  No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' Motion to Dismiss for Lack of Prosecution and Failure to Comply with Court Order (Doc. 74) is GRANTED and that this action is DISMISSED.

                              /s/  Thomas D. Schroeder
                         United States District Judge

December 19, 2014